Brewster H. Jamieson, ABA No. 8411122
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone: 907.264.3303
Email: jamiesonb@lanepowell.com
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| IN RE APPLICATION FOR SUBPOENA OF MORGAN NEFF,<br><br>CALFRAC WELL SERVICES, LTD.,<br>                              Petitioner,<br>v.<br>WILKS BROTHERS, LLC,<br>                              Respondent. | Misc. Case No. _____<br><br>**DECLARATION OF BREWSTER H. JAMIESON IN SUPPORT OF EX PARTE APPLICATION OF CALFRAC FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN <u>FOREIGN PROCEEDINGS</u>** |

I, Brewster H. Jamieson, being first duly sworn, state as follows:

1. I am an attorney with Lane Powell LLC, local counsel for Petitioner Calfrac Well Services, LTD, ("Calfrac") and have personal knowledge of the contents of this declaration. This declaration is filed in support of Calfrac's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

2. Attached as Exhibit A is a copy of the November 10, 2021 Order that Evidence be Taken Outside Albert from the Court of Queen's Bench of Alberta and accompanying Letter of Request to Judicial Authority in the District of Alaska.

3. Attached as Exhibit B is a copy of Calfrac's Application to the Canadian Court that Evidence be Taken Outside Albert from the Court of Queen's Bench of Alberta.

4. Attached as Exhibit C is a copy of Ronald P. Mathison's affidavit in support of Calfrac's Application.

5. Attached as Exhibit D is a copy of the Amended Statement of Claim

6. Attached as Exhibit E is proof of Alaska residence of Morgan Neff, including Alaska voter registration and of information regarding his position as Chief Investment Officer with Alaska Industrial Development and Export Authority.

7. Attached as Exhibit F is a copy of the draft subpoena to serve on Morgan Neff.

LANE POWELL LLC
Attorneys for Petitioner


By: s/ Brewster H. Jamieson
Brewster H. Jamieson, ABA No. 8411122

CC: Bennett Jones, LLP
    Justin Lambert
    LambertJ@bennettjones.com
    4500 Bankers Hall East
    855 2nd Street SW
    Calgary, Alberta
    T2P 4K7 Canada

I certify that on December 6, 2021, a copy of the foregoing was served electronically on:

Lara Jackson
Cassels Brock & Blackwell, LLP
ljackson@cassels.com
Scotia Plaza, Suite 2100
40 King St W
Toronto, ON
M5H 3C2, Canada

s/ Svenna Lundell

Affidavit of Brewster H. Jamieson
*In re Application for Subpoena of Morgan Neff*, (Misc. Case No. \_\_\_\_)      Page 2 of 2

Case 3:21-mc-00032-TMB    Document 3    Filed 12/06/21    Page 2 of 2