**Ruston, Rachel L.**

| | |
|---|---|
| **From:** | Marjorie Villar <VillarM@bennettjones.com> on behalf of Justin Lambert <LambertJ@bennettjones.com> |
| **Sent:** | Wednesday, December 15, 2021 11:08 AM |
| **To:** | ljackson@cassels.com; jholowachuk@casselsbrock.com |
| **Cc:** | Justin Lambert; Rob Staley |
| **Subject:** | In re Application for Subpoena of Morgan Neff: Service of Application |
| **Attachments:** | 211206 001-2 Calfrac Proposed Order.pdf; 211206 001-3 Calfrac Subpoena of Morgan Neff.pdf; 211206 002 Calfrac Civil Cover Sheet.pdf; 211206 003 Calfrac Declaration of BHJ ISO Ex Parte Application.pdf; 211206 001 Calfrac Ex Parte Application for Order.pdf; 211206 001-1 Calfrac Exhibits A-E.pdf |

Ms. Jackson and Mr. Holowachuk,

Please see attached.

Thanks,
Marjorie

 **Marjorie Villar**
*Assistant to Justin R. Lambert, Justin Duguay and Alyssa Marshall,* **Bennett Jones SLP**

4500 Bankers Hall East, 855 - 2nd Street SW, Calgary, AB, T2P 4K7
T. 403 298 3470 | F. 403 265 7219
E. villarm@bennettjones.com

1